17 A.3d 815

PHILIP HAHN, PLAINTIFF–PETITIONER, v. STEVENS
INSTITUTE OF TECHNOLOGY, DEFENDANT–
RESPONDENT.

April 7, 2011.

Denied.